AO91 (Rev. 12/03) Criminal Complaint    Felony    AUSA    United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

JUN 2 2 2017

David J. Bradley, Clerk of Court

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Alma Delia MARIN-Fuentes
A078 325 338  Mexico

**CRIMINAL COMPLAINT**

Case Number: B-17- MJ-566

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about   June 21, 2017   in   Cameron   County, in the   Southern District Of Texas   defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title   8   United States Code, Section(s)   1326(a)(1)

I further state that I am a(n)   Border Patrol Agent   and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol agents conducting surveillance operations near Brownsville, Texas on June 21, 2017. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on September 30, 2016. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had no funds at time of apprehension.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant

Guzman, Carlos    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

June 22, 2017                                              at    Brownsville, Texas
Date                                                              City/State

Ronald G. Morgan         U.S. Magistrate Judge
Name of Judge            Title of Judge              Signature of Judge