United States District Court
Southern District of Texas
FILED

JUL 1 0 2017

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA

V.                                                    Case No.   1:17MJ-566

ALMA DELIA MARIN-FUENTES,

DEFENDANT

## DEFENDANT ALMA DELIA MARIN-FUENTES' UNOPPOSED MOTION TO ALLOW WITHDRAWAL OF COUNSEL

TO THE HONORABLE IGNACIO TORTEYA, III:

The Defendant in the above styled and numbered cause, Alma Delia Marin-Fuentes, under Rule 57.12 of the Local Criminal Rules for the Northern District of Texas, respectfully moves the Court for an order permitting Rochelle M. Garza to withdraw as attorney of record. In support of this motion, Alma Delia Marin-Fuentes, would show the Court as follows:

### I.

The Defendant has requested counsel to withdraw, making it impossible for counsel to represent the interests of the Defendant.

The Defendant will not be prejudiced if counsel is permitted to withdraw.

The Defendant can receive all further pleadings and correspondence at the following address:

Willacy County Regional Detention Center
**Marshall No. 63547179**
1601 Buffalo Drive
Raymondville, Texas 78580

**II.**

Counsel's office conferred with Assistant United States Attorney, Justin Dinsdale, about this motion on July 10, 2017. The government is not opposed to this motion.

Alma Delia Marin-Fuentes respectfully requests that this motion be granted in its entirety.

Respectfully Submitted,

**GARZA & GARZA LAW, PLLC**
1200 East Harrison
Brownsville, Texas 78520
Telephone: (956) 544-1111
Fax: (956) 544-1108

By: _____
**Rochelle M. Garza**
State Bar No. 24080323
Federal Bar No. 2364320
Email: Rochelle@garzapllc.com

Approved By Defendant:

_____
**Alma Delia Marin Fuentes**, Defendant
Date: 7/10/2017

## CERTIFICATE OF CONFERNCE

I certify that my office spoke to Assistant United States Attorney Justin Disndale about the filing of this Motion on the 10th day of July 2017 and Hon. Justin Dinsdale in not unopposed to this motion.

/s/Rochelle M. Garza
Rochelle M. Garza

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant Alma Delia Marin-Fuentes' Motion to Allow Withdrawal of Counsel was served via electronic service to Justin Dinsdale, Assistant United States Attorney on the 10th day of July 2017.

/s/Rochelle M. Garza
Rochelle M. Garza